| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Roland Guerra, §
§
    Plaintiff, §
§
versus § Civil Action V-15-21
§
Illini State Trucking, et al., §
§
    Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by November 6, 2015.

2. This court retains jurisdiction to enforce the settlement.

Signed on October 6, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge